IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANTHONY MARTEL ROBINSON**                                               **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO.: 4:15-cv-104-DMB-JMV**

                                                                                                             **DEFENDANTS**
**ZACKERY WHEELER, WHEELER SUPPORTIVE**
**SERVICES, INC., and 1 WHEELER TRUCKING**
**COMPANY, LLC**

## **ORDER**

Before the Court are Plaintiff's Amended Motion for Discovery and For Additional Time to Respond [13] and Plaintiff's Motion to Stay Pending the Court's Ruling on Remand [18]. Consistent with the Court's ruling from the bench today during a hearing held on these motions, it is

ORDERED:

1. Plaintiff shall be allowed forty-five (45) days to conduct the following limited discovery related to Defendant 1 Wheeler Trucking Company, LLC's ("Defendant LLC") personal jurisdiction defense:

    a. Within seven (7) days of this date, Plaintiff may propound as many as five (5) requests for production, five (5) interrogatories, and five (5) requests for admission. Defendant LLC's discovery responses will be due thirty (30) days after service of Plaintiff's written discovery.

    b. Plaintiff may take the 30(b)(6) deposition of Defendant LLC, which deposition will be limited to two (2) hours.

2. Plaintiff's response to Defendant LLC's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue [9] will be due fourteen (14) days after the close of the forty-five-day discovery period, and Defendant LLC's reply seven (7) days thereafter.

3. Responses to remaining Defendants' Motion to Dismiss [14] and to Plaintiff's Amended Motion to Remand [20], along with corresponding replies, are due within the normal course as provided by the local rules of this Court.

4. All other proceedings are stayed until further order of the Court.

This, the 22nd day of September, 2015.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**